UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WALTER LEE HODO,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

Case No. 18-cv-10535

Paul D. Borman
United States District Judge

R. Steven Whalen
United States Magistrate Judge

## ORDER (1) ADOPTING REPORT AND RECOMMENDATION (ECF #23); (2) GRANTING THE COMMISSIONER'S MOTION FOR SUMMARY JUDGMENT (ECF #21); (3) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF #18); and (4) AFFIRMING THE DECISION OF THE COMMISSIONER

On February 18, 2019, Magistrate Judge R. Steven Whalen issued a Report and Recommendation to affirm the decision of the Commissioner of Social Security ("Commissioner") in this action challenging the Commissioner's final decision to deny Plaintiff's application for Disability Insurance Benefits. (Report and Recommendation, ECF #23.) Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation, DENIES Plaintiff's Motion for Summary Judgment (ECF #18), GRANTS Defendant's

Motion for Summary Judgment (ECF #21), and AFFIRMS the findings of the Commissioner.

IT IS SO ORDERED.

Dated: March 13, 2019
                                        s/Paul D. Borman
                                        Paul D. Borman
                                        United States District Judge